USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/3/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**THE NEW YORK TIMES COMPANY,**

        **Plaintiff,**

  -against-

**CENTERS FOR MEDICARE AND**
**MEDICAID SERVICES,**

        **Defendant.**
-----------------------------------------------------------X

21-CV-00702 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are hereby ORDERED to file a joint status report, including how they would like to proceed in the litigation, by no later than April 2, 2021.

**SO ORDERED.**

**Dated:**    **March 3, 2021**
             **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**

1